UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------
MICHAEL C. MANOSH

                            Plaintiff,

    -v.-

                            Civil Action No.
                           6:14-cv-1499 (GLS/TWD)

ONEIDA COUNTY SHERIFF'S
DEPARTMENT, *et al.*

                            Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                    OF COUNSEL:

**FOR THE PLAINTIFF:**

MICHAEL C. MANOSH
Plaintiff, *Pro Se*
1430 Sunset Avenue
Utica, New York 13502

GARY L. SHARPE,
CHIEF JUDGE

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed March 27, 2015. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Therese Wiley Dancks filed March 27, 2015 (Dkt. No. 6) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the Court dismisses this action without prejudice, and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: April 17, 2015
Albany, New York

*Gary L. Sharpe*
Chief Judge
U.S. District Court